IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AARON C. PORTER,
D.O.C. # L37704,

    Plaintiff,

v.                            4:19cv126–WS/MAF

MARK S. INCH, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 56) docketed July 22, 2020. The magistrate judge recommends that the plaintiff's motion for a preliminary injunction (ECF No. 47) be denied. Although he was granted an extension of time to file objections to the report and recommendation, Plaintiff has filed no such objections.

Upon review of the record, this court has determined that the report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 56) is

adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for a preliminary injunction (ECF No. 47) is DENIED.

3. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this   22nd   day of   September  , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE