IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AARON C. PORTER,
D.O.C. # L37704,

    Plaintiff,

v.                                                                                                                                           4:19cv126–WS/MAF

SECRETARY RICKY DIXON, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 103) docketed February 14, 2022. The magistrate judge recommends that Defendants' motion for summary judgment (ECF No. 79) be granted. Plaintiff has filed no objections to the report and recommendation.

    Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 103) is hereby ADOPTED and incorporated by reference into this order.

2. Defendants' motion for summary judgment (ECF No. 79) is GRANTED.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this ___17th___ day of ___March___, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE